| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | PHILIP A. FERRARI<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR S 03-0266 KJM |
| Plaintiff, | MOTION TO DISMISS; ORDER |
| v. | |
| HAKOP GRIGORYAN, | |
| Defendant. | |

An indictment was filed in this matter on June 12, 2003, against the above-referenced defendant alleging a violation of Title 18, United States Code §§ 1347 and 2 [Health Care Fraud and Aiding and Abetting]. (Docket, #1). An arrest warrant issued for the defendant. In the more than fourteen years which have passed since the indictment issued, law enforcement personnel have been unable to apprehend defendant Grigoryan. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America seeks the leave of this Honorable Court to dismiss the indictment without prejudice. This motion is based upon the passage of time, limitations of government resources, and the lack of indications the defendant will be apprehended. The United States

///

///

///

MOTION TO DISMISS                                              1

1   also respectfully requests that the arrest warrant be recalled and this case be closed on the Court's

2   docket.

4   Dated: September 25, 2017                PHILLIP A. TALBERT
                                          United States Attorney

6                                          /s/ Philip A. Ferrari
                                          PHILIP A. FERRARI
7                                           Assistant United States Attorney

## **O R D E R**

The United States' motion to dismiss is GRANTED and the indictment (Docket, #1) is ordered DISMISSED WITHOUT PREJUDICE. The arrest warrant is recalled and Case CR S 03-0266 KJM shall be closed on the Court's docket.

**SO ORDERED:**

DATED: September 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS        2